John A. Anderson (#4464)
*jaanderson@stoel.com*
Scott S. Newman (#11305)
*ssnewman@stoel.com*
STOEL RIVES LLP
201 South Main Street, Suite 1100
Salt Lake City, Utah 84111
Telephone:  (801) 328.3131
Facsimile:  (801) 578.6999

Attorneys for Defendants Janssen Ortho LLC and
Ortho-McNeil-Janssen Pharmaceuticals, Inc.

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH, CENTRAL DISTRICT

| | |
|---|---|
| MARK L. SHURTLEFF, ATTORNEY GENERAL OF THE STATE OF UTAH, *ex rel.* THE STATE OF UTAH<br><br>Plaintiff,<br>v.<br><br>JANSSEN ORTHO LLC, ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., AND ASTRAZENECA PHARMACEUTICALS LP,<br><br>Defendants. | **NOTICE OF ERRATA TO CIVIL COVER SHEET**<br><br>Case No. 2:10-cv-00519-BSJ<br><br>The Honorable Bruce S. Jenkins |

Defendants Janssen Ortho LLC and Ortho-McNeil-Janssen Pharmaceuticals, Inc., by and through its undersigned counsel, hereby file this Notice of Errata to the Civil Cover Sheet that was attached to the Notice of Removal, filed on June 3, 2010.  On the Civil Cover Sheet, the box indicating "No Jury Demand" was inadvertently marked.  Because the Complaint and Amended Complaint both request a jury, the box indicating a Jury Demand should have been marked.

2

DATED: June 4, 2010.

STOEL RIVES LLP

 /s/ Scott S. Newman
John A. Anderson
Scott S. Newman

Attorneys for Defendants Janssen Ortho LLC, and Ortho-McNeil-Janssen Pharmaceuticals, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June 2010, I served a copy of the foregoing

**NOTICE OF ERRATA TO CIVIL COVER SHEET** as follows:

Via ECF and U.S. Mail:

Mark L. Shurtleff
Attorney General for the State of Utah
Robert C. Morton
Assistant Attorney General
Utah Medicaid Fraud Control Unit
5272 College Drive, Suite 200
Salt Lake City, UT  84123-2772

Joseph H. Meltzer
Terence S. Ziegler
Casandra A. Murphy
Barroway Topaz Kessler Meltzer & Check, LLP
280 King of Prussia Road
Radnor, Pennsylvania  19087

Bradley E. Beckworth
Keith L. Langston
John C. Hull
Nix, Patterson & Roach LP
205 Linda Drive
Daingerfield, TX  75638

William A. Rossbach
Rossbach Hart, P.C.
P.O. Box 8988
Missoula, MT  59807

Joseph W. Steele
Kenneth D. Lougee
Special Assistant Attorney General
Steele & Biggs, LLC
5664 South Green Street, Suite 300
Salt Lake City, UT  84123

Brent O. Hatch
Hatch, James & Dodge, P.C.
10 West Broadway, Suite 400
Salt Lake City, UT  84101-2065

*/s/ Stacy A. Kamaya*